**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NONNIE CHRYSTAL,

        **Plaintiff,**

-vs-                                                          Case No. 6:10-cv-668-Orl-31GJK

HUNTINGTON NATIONAL BANK,

        **Defendant.**

_____

## ORDER

      This matter comes before the Court on the Motion to Strike Documents (Doc. 2) filed by the Defendant, Huntington National Bank ("Huntington"). Huntington seeks to have the Court strike various documents, titled "Registration of Foreign Judgment" (Doc. 1), which were filed by the Plaintiff, Nonnie Chrystal ("Chrystal"). Chrystal has not filed a response to the motion, but she has filed two "Notices" (Doc. 5, 7) in which she asserts, *inter alia*, that this Court lacks the authority to dismiss or alter her claim(s) without her consent.

      She is incorrect.

      Based on her papers, Chrystal – who identifies herself as "Ambassador nonnie: chrystal" of "satellite beach, Florida, Republic; near [32937]" – has fallen in with the Sovereign Citizen/Tax Protestor movement. In common with other so-called sovereign citizens, she appears to believe that ours is a legal system, not of statutes and precedent, but of sorcery, with parties prevailing as a result of their incantation of out-of-context passages from *Black's Legal Dictionary*.

The documents that are the subject of this motion are a pile of legalistic gibberish by which Chrystal seeks, so far as the Court can discern, to recover approximately $2 trillion from Huntington pursuant to admiralty law, the Uniform Commercial Code, and "Convention de La Haye du 5 October 1961," among many other purported authorities. Included are "Notices of Claim of Maritime Lien" naming various human beings as the "vessels" on which liens are sought. The underlying legal theory appears to be that if Party A sends a letter demanding trillions of dollars from Party B, and Party B fails to respond with the proper magic phrase then – *POOF* – Party B owes Party A trillions of dollars. To paraphrase Wolfgang Pauli, Chrystal's outlandish contentions are so far from correct that they're not even wrong.

According to Huntington, Chrystal filed the documents in a state court suit regarding Chrystal's financing of a vehicle through Huntington. After the state court judge ordered the documents stricken, Chrystal filed them in this forum. Needless to say, these documents – none of which qualifies as a "judgment," foreign or otherwise – are no more proper in this forum than in state court. Accordingly, it is hereby

**ORDERED** that the Motion to Strike Documents (Doc. 2) is **GRANTED,** and the Clerk is **DIRECTED** to strike the documents (Doc. 1) from the public record. Any further attempts to "register" these or similar documents will result in the imposition of sanctions. And it is further

**ORDERED** that this case is **DISMISSED**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 17, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party